UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TERRELL ROSS,

    Plaintiff,

v.

KENT, COUNTY OF, et al.,

    Defendants.
_____/

Case No. 1:24-cv-0032

Honorable Phillip J. Green

## JUDGMENT

Consistent with the Opinion filed this day, Defendants Motion to Dismiss (ECF No. 17), is granted, Plaintiff's Motion for Order (ECF No. 47) is denied and this matter is terminated. Furthermore, an appeal of this matter by Plaintiff would be frivolous and, therefore, not taken in good faith. *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Dated:  March 19, 2025

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge